

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| JESUS GUADALUPE FRANCO, | § | No. 08-18-00040-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D00288) |

§

**O R D E R**

The Court GRANTS Natalie Martinez's request for an extension of time within which to file the Reporter's Record until **October 26, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Natalie Martinez, Official Court Reporter for the 409th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before October 26, 2018.

IT IS SO ORDERED this 15th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.